# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1431
Lower Tribunal No. 2015-CA-010791-O

_____

LANCELOT AMERICA, LLC,

Appellant,

v.

CHRONUS CONSTRUCTION, INC., ALEX FREIRE, MARTONIO PINTO, and
AARON GUESS,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
John E. Jordan, Judge.

August 6, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and GANNAM, JJ., concur.


Elliot B. Kula and W. Aaron Daniel, of Kula & Associates, P.A., Miami, and Gus R. Benitez, of Benitez Law Group, P.L., Orlando, for Appellant.

Gennifer L. Bridges and Douglas K. Gartenlaub, of Burr & Forman LLP, Orlando, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED